

**CALL & JENSEN**
EST. 1981

**LAWYERS**

610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660
TELEPHONE 949.717.3000
FACSIMILE  949.717.3100

CALLJENSEN.COM

September 1, 2017

OUR FILE NUMBER
SEV04-97

<u>BY FAX (212-805-7942)</u>

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Fax: (212) 805-7942

Re:   <u>Ashley Francis v. 256 West 116th St</u>
      <u>Case No. 16-cv-05373 AKH</u>

> A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> Alvin K. Hellerstein, U.S.D.J.
> Date: 9/5/17

Dear Judge Hellerstein:

We write to respectfully request the status conference hearing scheduled for September 8, 2017 be adjourned. The parties have reached a settlement in this case. The settlement agreement has been executed by Plaintiff and 7-Eleven and the parties plan to file a request for dismissal of the entire action with prejudice in the next couple weeks once other settlement conditions have been satisfied.

Accordingly, the parties propose the status conference be set on October 13, 2017, if the case has not been dismissed by then.

Thank you for your consideration of this application.

Very truly yours,

Kent R. Christensen
For Call & Jensen
A Professional Corporation

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/17

KEC:dr

cc:   Robert G. Hanski / Glen H. Parker (attorneys for Plaintiff) (by fax)
      Randy S. Faust (attorney for Defendant 256 West 116th Street, LLC) (by fax)

LITIGATION   •   REAL ESTATE   •   EMPLOYMENT   •   INTELLECTUAL PROPERTY   •   CLASS ACTIONS

In accordance with section 1(B)(1) of Judge Hellerstein's Individual Rules, attached is a copy of a letter filed by ECF today.

—
Kevin P. Flanagan
Supervisory Attorney
National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half Street, S.E. – 4th Floor
Washington, DC 20570
Phone: (202) 273-2938 | Fax: (202) 273-4244
Kevin.Flanagan@nlrb.gov